(132 So. 909)

Ples BEAUREGARD, Virgil Pruitt, and Will Tippin v. STATE.

8 Div. 219.

Court of Appeals of Alabama.
March 17, 1931.

SAMFORD, J.
Affirmed.

(136 So. 925)

Ed BENNETT v. STATE.
I Div. 46.

Court of Appeals of Alabama.
Aug. 4, 1931.

PER CURIAM.
Appeal dismissed by appellant.

(138 So. 920)

Riley BENNETT v. STATE.
6 Div. 45.

Court of Appeals of Alabama.
Dec. 15, 1931.

RICE, J.
Appeal dismissed.

(138 So. 920)

Riley BENNETT v. STATE.
6 Div. 166.

Court of Appeals of Alabama.
Jan. 12, 1932.

BRICKEN, P. J.
Appeal dismissed.

(135 So. 920)

Gifford V. BENTON v. STATE.
6 Div. 938.

Court of Appeals of Alabama.
June 16, 1931.

See, also, ante, p. 441, 136 So. 428.

SAMFORD, J.
The testimony for the state tends to prove the guilt of the defendant, and hence the affirmative charge was properly refused.

The record has been read and the rulings of the court considered. We find no prejudicial error in the record, and the judgment is affirmed.

Affirmed.

(132 So. 909)

Claud BENNETT v. STATE.
7 Div. 668.

Court of Appeals of Alabama.
March 3, 1931.

John B. Isbell, of Ft. Payne, for appellant.
Charlie C. McCall, Atty. Gen., for the State.

SAMFORD, J.
Affirmed.